IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALFRED EARL CHRISTIANSEN, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil Action No. 07-2749(JBS) |
| v. | |
| CAMDEN COUNTY, et al., | **ORDER** |
| Defendants. | |

This matter comes before the court upon Plaintiff's motion for reconsideration [Docket Item 14] of the Court's November 26, 2007 Order granting Defendants' unopposed motion to dismiss this action for failure to exhaust available administrative remedies; the Court having considered Plaintiff's submissions; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this __**18th**__ day of **December, 2007** hereby

ORDERED that the motion for reconsideration shall be, and hereby is, **DENIED**.

                                              **s/ Jerome B. Simandle**
                                              JEROME B. SIMANDLE
                                              United States District Judge